■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND BAUMGART, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Niagara Trial Term convicting defendant of the crime of murder, second degree.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ In the Matter of MARY HULIHAN, Petitioner, against DAUNT I. STENZEL, as County Commissioner of Public Welfare of Niagara County, Respondent.— Determination confirmed, without costs. All concur. (Review of the action of the County Commissioner of Public Welfare of Niagara County, dismissing petitioner from the competitive class of civil service of Niagara County, which proceeding was transferred to the Appellate Division for determination by order of Niagara Special Term.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ MYRON S. SNYDER, Appellant, v. COUNTY OF MONROE et al., Respondents.— Judgment insofar as appealed from affirmed, with costs. All concur. (Appeal by plaintiff from part of a judgment of Monroe Equity Term for defendant in an action for an injunction and declaratory judgment.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ. [2 Misc 2d 946.]

■ EDWARD T. HANLEY, as Administrator of the Estate of WILLIAM F. BEATON, Deceased, Appellant, v. BERNEICE H. KUBALA, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Ontario Trial Term for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.